UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JEFFREY WEBER,

Defendant.

No. 18-cr-641 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the government's opposition to Weber's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 47.) Along with the opposition, the Court received four exhibits, Exhibits A–D, which the government requested be filed under seal. In light of the references to Defendant's private health contained in the exhibits, the Court concludes that the presumption in favor of open records has been outweighed by Defendant's privacy interests. *See United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995). Accordingly, IT IS HEREBY ORDERED THAT the government's four exhibits, attached hereto, shall be filed under seal.

SO ORDERED.

Dated: September 7, 2023
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation